Form CAodsc7

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (Oakland)

**In re:**
Tony Phat Ngoc Nguyen
1074 Vineyard Dr.
Oakley, CA 94561

Jill Roux Nguyen
1074 Vineyard Dr.
Oakley, CA 94561

Debtor(s)

**Case Number:** 10–45462 LT 7
**Chapter:** 7

**Debtor/Joint Debtor Social Security Number(s):**
xxx–xx–1882
xxx–xx–5023

## DISCHARGE OF DEBTOR

It appearing that the debtor(s) is/are entitled to a discharge, **IT IS ORDERED**:
The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 8/17/10

By the Court:

Leslie J. Tchaikovsky
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Doc # 19

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* A creditor who violates this order can be required to pay damages and attorney's fees to the debtor. [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0971-4          User: cglosenge           Page 1 of 2            Date Rcvd: Aug 17, 2010
Case: 10-45462                Form ID: CAODSC7          Total Noticed: 36


The following entities were noticed by first class mail on Aug 19, 2010.
db/jdb       +Tony Phat Ngoc Nguyen,   Jill Roux Nguyen,   1074 Vineyard Dr.,   Oakley, CA 94561-3800
smg           CA Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
               Sacramento, CA  94280-0001
smg          +Labor Commissioner,   1515 Clay St.,   Room 801,   Oakland, CA 94612-1463
smg          +State Board of Equalization,   Collection Dept.,   P.O. Box 942879,   Sacramento, CA 94279-0001
cr           +Wells Fargo Bank, N.A.,   c/o BDFTW,   20955 Pathfinder Rd., Ste. 300,
               Diamond Bar, CA 91765-4029
10969803      Bank of America,   c/o NES,   29125 Solon Rd.,   Solon, OH 44139-3442
10923492     +Bay Area Credit Service,   1901 W 10th St.,   Antioch, CA 94509-1380
10923495     +Cach Llc,   Attention: Bankruptcy Department,   4340 South Monaco St.  2nd Floor,
               Denver, CO 80237-3408
10969805     +Capital One,   c/o Patenaude & Felix,   4545 Murphy Canyon Rd., 3d Fl.,
               San Diego, CA 92123-4391
10969804     +Capital One,   c/o Nelson, Watson & Assoc.,   80 Merrimack St., Lower Level,
               Haverhill, MA 01830-5211
10969806     +Citibank N.A.,   c/o Hunt & Henriques,   151 Bernal Rd., Ste. 8,   San Jose, CA 95119-1306
10969807     +DCFS Trust,   c/o Hunt & Henriques,   151 Bernal Rd., Ste. 8,   San Jose, CA 95119-1306
10923499     +DSRM National Bank/Diamond Shamrock,   P. O. Box 300,   Amarillo, TX 79105-0300
10969808      Distributor Finance Program,   P.O. Box 360745,   Pittsburgh, PA 15251-6745
10923500     +First Metropolitan Credit Union,   1333 Willow Pass Rd., Ste. 206,   Concord, CA 94520-7931
10923503     +J & L Teamworks,   651 N Cherokee Ln.,   Lodi, CA 95240-4249
10923504     +Lane Bryant Retail,   450 Winks Ln.,   Bensalem, PA 19020-5932
10969809     +Sheffield, Robert, DDS,   3428 Hillcrest Ave., Ste. 100,   Antioch, CA 94531-6344
10923509     +TNB-Visa,   P. O. Box 560284,   Dallas, TX 75356-0284
10969810     +Target National Bank,   c/o Patenaude & Felix,   4545 Murphy Canyon Rd., 3d Fl.,
               San Diego, CA 92123-4391
10923512     +World Savings & Loan,   Attn: Bankruptcy,   4101 Wiseman Blvd.,   San Antonio, TX 78251-4201
10923513     +World Savings & Loan,   c/o ETS Services, LLC,   2255 North Ontario St., Ste. 400,
               Burbank, CA 91504-3190
The following entities were noticed by electronic transmission on Aug 18, 2010.
smg           EDI: CALTAX.COM Aug 17 2010 21:53:00      CA Franchise Tax Board,
               Special Procedures Bankruptcy Unit,   P.O. Box 2952,   Sacramento, CA  95812-2952
10923490     +EDI: BECKLEE.COM Aug 17 2010 21:43:00      American Express,   c/o Becket and Lee LLP,
               P. O. Box 3001,   Malvern, PA 19355-0701
10923491     +EDI: BANKAMER.COM Aug 17 2010 21:48:00      Bank Of America,   Attn: Bankruptcy NC4-105-03-14,
               P. O. Box 26012,   Greensboro, NC 27420-6012
10923493     +E-mail/Text: chrystie@bridgeportfinancial.com                           Bridgeport Financial,
               221 Main St., Ste. 920,   San Francisco, CA 94105-1923
10923494     +EDI: BCTN.COM Aug 17 2010 21:53:00      Bureau Of Collection,   7575 Corporate Way,
               Eden Prairie, MN 55344-2000
10923496     +EDI: AIS.COM Aug 17 2010 21:53:00      Capital One, N.A.,   C/O American Infosource,
               P. O. Box 54529,   Oklahoma City, OK 73154-1529
10923497     +EDI: CITICORP.COM Aug 17 2010 21:48:00      Citibank USA,   Attn.: Centralized  Bankruptcy,
               P. O. Box 20363,   Kansas City, MO 64195-0363
10923498     +EDI: CMIGROUP.COM Aug 17 2010 21:48:00      Credit Management,   4200 International Pwy.,
               Carrolton, TX 75007-1912
10923501     +EDI: RMSC.COM Aug 17 2010 21:48:00      GEMB / Mervyns,   Attention: Bankruptcy,
               P. O. Box 103104,   Roswell, GA 30076-9104
10923502     +EDI: RMSC.COM Aug 17 2010 21:48:00      GEMB/JCP,   Attention: Bankruptcy,   P. O. Box 103104,
               Roswell, GA 30076-9104
10923505     +EDI: TSYS2.COM Aug 17 2010 21:43:00      Macys/FDSB,   Macy's Bankruptcy,   P. O. Box 8053,
               Mason, OH 45040-8053
10923507     +EDI: MID8.COM Aug 17 2010 21:53:00      Midland Credit Management,   P. O. Box 939019,
               San Diego, CA 92193-9019
10923508     +EDI: CITICORP.COM Aug 17 2010 21:48:00      Shell Oil / Citibank,   Attn.: Centralized  Bankruptcy,
               P. O. Box 20507,   Kansas City, MO 64195-0507
10923510     +EDI: CITICORP.COM Aug 17 2010 21:48:00      UNLV/Citi,   Attn.: Centralized  Bankruptcy,
               P. O. Box 20507,   Kansas City, MO 64195-0507
10923511     +EDI: WFFC.COM Aug 17 2010 21:53:00      Wells Fargo Financial,   P. O. Box 7648,
               Boise, ID 83707-1648
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10923493     ##+Bridgeport Financial,   221 Main St., Ste. 920,   San Francisco, CA 94105-1923
10923506     ##+Metro 1 Credit Union,   1333 Willow Pass Rd., Ste. 100,   Concord, CA 94520-5225
10923514     ##+Zenith Acquisition,   220 John Glenn Dr., # 1,   Amherst, NY 14228-2228
                                                                                  TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2010**           Signature:  *Joseph Speetjens*